IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXELIXIS, INC., <br><br>        Plaintiff, <br><br>    v. <br><br>CIPLA LTD. and CIPLA USA, INC., <br><br>        Defendants. | ) <br>) <br>) C.A. No. 23-287 (RGA) <br>) <br>) REDACTED - PUBLIC VERSION <br>) Original filing date: May 4, 2023 <br>) Redacted filing date: May 5, 2023 <br>) <br>) <br>) |

**STIPULATION AND [PROPOSED] ORDER TO
STAY ALL PROCEEDINGS**

Plaintiff Exelixis, Inc. ("Exelixis") and Defendants Cipla Ltd. and Cipla USA, Inc. (together, "Cipla") respectfully submit this Stipulation and Proposed Order to Stay All Proceedings for the Court's consideration.

WHEREAS, on March 16, 2023, Exelixis filed C.A. No. 23-287-RGA against Cipla alleging infringement of United States Patent Nos. 8,877,776, 11,091,439, 11,091,440, 11,098,015, and 11,298,349 (collectively, the "Asserted Patents") by Cipla's submission of Abbreviated New Drug Application No. 217870 ("Cipla's ANDA") to the U.S. Food and Drug Administration ("FDA") seeking approval to engage in the commercial manufacture, use, sale, offer for sale or importation of ███████████████████████ ("Cipla's ANDA Products") before the expiration of the Asserted Patents;

WHEREAS, Exelixis has filed suit against MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. in consolidated C.A. No. 22-228-RGA asserting infringement of U.S. Patent Nos. 11,091,439, 11,091,440, 11,098,015, and 11,298,349 (collectively, the "MSN Litigation");

WHEREAS, the parties propose to stay the above-captioned action pending the resolution of the MSN Litigation, either by settlement or by the entry of judgment by the district court resolving all issues in the MSN Litigation;

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████

WHEREAS, within 14 days of this Court's entry of the proposed stay of the above-captioned actions, Cipla agrees to submit to the FDA a copy of this stipulation in accordance with 21 C.F.R. § 314.107(e);

WHEREAS, to conserve party and judicial resources, the Court finds that good cause exists to stay the above-captioned action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and ORDERED by the Court, as follows:

1. The C.A. No. 23-287 action is stayed until the resolution of the MSN Litigation, either by settlement or by the entry of judgment by the district court in the MSN Litigation resolving all issues pending before the Court.

2. Within seven days of resolution of the MSN Litigation, the parties shall notify the Court and submit a proposed Order lifting the stay.

3. Except as expressly provided herein, all deadlines and obligations of the parties in this action are stayed as of May 4, 2023.

4. Both parties reserve the right to move the Court to lift the stay at any time.

5. ████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████

6. Upon expiration of the stay or an order of the Court lifting the stay of this action, the parties shall in good faith jointly develop a scheduling order to be provided to the Court for approval within 30 days of the stay being lifted that permits the Court sufficient time to render a decision after trial prior to the expiration of the extended 30-month regulatory stay and to avoid preliminary injunction proceedings. Cipla shall file any pleading responding to the Complaint within 21 days of the stay being lifted.

7. The parties agree not to use this Stipulation and Order in connection with any motion or application (or opposition thereto) for equitable relief.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| */s/ Anthony D. Raucci* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014) | Kelly E. Farnan (#4395) |
| Anthony D. Raucci (#5948) | One Rodney Square |
| 1201 North Market Street | 920 North King Street |
| P.O. Box 1347 | Wilmington, Delaware 19801 |
| Wilmington, DE 19899 | (302) 651 7705 |
| (302) 658-9200 | farnan@rlf.com |
| jblumenfeld@morrisnichols.com | |
| araucci@morrisnichols.com | *Attorneys for Defendants* |

*Attorneys for Plaintiff*

May 4, 2023

SO ORDERED, this _____ day of _____ 2023.

_____
The Honorable Richard G. Andrews